# Third District Court of Appeal

## State of Florida

Opinion filed September 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1979
Lower Tribunal No. 19-199-K
_____

## Spencer C. Blanton,
Appellant,

vs.

## Board of County Commissioners of Monroe County, Florida,
Appellee.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Robert Cintron, Jr., for appellant.

Cynthia L. Hall, Sr. Assistant County Attorney, for appellee.

Before LOGUE, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. See § 48.031, Fla. Stat. (2019); Robles-Martinez v. Diaz, Reus & Targ, LLP, 88 So. 3d 177 (Fla. 3d DCA 2011) (holding that when ruling on a motion to quash substituted service, the trial court, acting as

factfinder, did not abuse its discretion when presented with conflicting testimony as to where served party was "actually living" on the date of service); Williams v. Nuno, 239 So. 3d 153, 155 (Fla. 3d DCA 2018) ("[A] trial court's factual determinations, including credibility determinations, are ordinarily not disturbed on appeal.").